[No. 45464-1-I. Division One. August 21, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. TASHA M. SHEPHERD, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-09187-4, Deborah Fleck, J., entered October 25, 1999. *Remanded* by unpublished per curiam opinion.

[No. 45474-9-I. Division One. August 21, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. RENEE E. LAND, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-05635-0, Jeffrey Michael Ramsdell, J., entered October 8, 1999. *Remanded* by unpublished per curiam opinion.

[No. 45611-3-I. Division One. August 21, 2000.]

*In the Matter of the Guardianship of* T.M.
MONIQUE RIZZO, *Appellant*, v. TAMARA JACKS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-4-01527-1, James Bryan Street, J., entered October 19, 1999. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid, C.J., and Kennedy, J.

[No. 45614-8-I. Division One. August 21, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. MANSUR SULAYMAN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-02554-3, Sharon S. Armstrong, J., entered November 10, 1999. *Remanded* by unpublished per curiam opinion.